1  Shawn A. McMillan, Esq., SBN 208529
   THE LAW OFFICES OF SHAWN A. MCMILLAN, A.P.C.
2  4955 Via Lapiz
   San Diego, California 92122-3910
3  Phone: (858) 646-0069
   Fax:   (206) 600-4582
4
   Attorneys for Plaintiff
5  Robert Stewart

6

7

8               UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF CALIFORNIA
9

| 10 | Robert C. Stewart individually and in his capacity as co-trustee of the Stewart Family Revocable Trust; W. Virgil Opfer, individually and in his capacity as trustee of the Opfer Family Trust | Case No.: 11-CV-1038H MDD |
|---|---|---|
| | Plaintiffs, | PLAINTIFF W. VIRGIL OPFER'S REQUEST FOR VOLUNTARY DISMISSAL (both individually, and in his capacity as trustee of the Opfer Family Trust) PURSUANT TO FRCP RULE 41(a)(1)(A). |
| | vs. | |
| | First Tennessee Bank National Association, First Horizon National, Corp., and Does 1- 10 Inclusive. | Action Removed: May 12, 2011 |
| | Defendant | |

TO THE COURT, ALL PARTIES, and their attorneys of record:

Please take notice: Plaintiff W. Virgil Opfer, both in his individual capacity and in his capacity as trustee of the Opfer Family Trust, hereby requests that all claims brought on his behalf, in either capacity, be dismissed without prejudice.

This request is made pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A). The request is both timely and appropriate in that no defendant has either answered the complaint, or filed a motion for summary judgment.

---

PLAINTIFF VIRGIL OPFER'S REQUEST FOR VOLUNTARY DISMISSAL
PURSUANT TO FRCP RULE 41(a)(1)(A).

By this request, Plaintiff Opfer seeks dismissal only of his action. The case brought by the remaining plaintiffs should remain on file and in tact, and should proceed to trial in due course.

Based on the foregoing, it is hereby respectfully requested that the action, insofar as it relates to W. Virgil Opfer and/or The Opfer Family Trust, be dismissed without prejudice.

Respectfully submitted this May 25, 2011.    The Law Offices of Shawn A. McMillan, APC.

Shawn A. McMillan, Esq.
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE
## NOTICE OF ELECTRONIC FILING

*Robert C. Stewart, et al., v. First Tennessee Bank National Association, et al.,*
*United States District Court, Southern District Of California*
***Case No. 11 CV 1038 H MDD***

I am employed in the County of San Diego, State of California. I am over 18 years of age and am not a party to the within action. My business address is 4955 Via Lapiz, San Diego, California 92122.

On May 25, 2011, I electronically filed the foregoing documents described as:

- **PLAINTIFF W. VIRGIL OPFER'S REQUEST FOR VOLUNTARY DISMISSAL (both individually, and in his capacity as trustee of the Opfer Family Trust) PURSUANT TO FRCP RULE 41(a)(1)(A).**

_X_ **(BY ELECTRONIC FILING)** I electronically filed with the Clerk of the Court a true and correct copy of the original as indicated above, and a Notice of Electronic Filing (NEF) is automatically generated by the CM/ECF system and sent by e-mail to all attorneys in the case.

And I hereby certify that I have mailed the foregoing documents as indicated above to the parties are not registered for the CM/ECF system as following:

**NO NON-ECF PARTIES**.

Parties can access this filing through the Court's system.

Dated: May 25, 2011

Shawn A. McMillan